Steven WILKINS, Appellant,

v.

STATE of Missouri, Respondent.

No. 63991.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 15, 1994.

Susan Eckles, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.-035 motion without an evidentiary hearing. We affirm. We find the motion court's judgment is based on findings of fact which are not clearly erroneous. Rule 84.16(b)(2).

Further, we find no error of law appears. Rule 84.16(b)(5).

An opinion in this case would serve no precedential purpose; therefore, we affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.